

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>v.<br><br>Hadley, Andrea<br><br>DEFENDANT(S). PLAINTIFF | CASE NUMBER<br><br>SA13-264M-6<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of __def__, IT IS ORDERED that a detention hearing is set for __Monday, 6/24/13__, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __Robert N Block__, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __6/20/13__                    _____ ROBERT N. BLOCK
                                      U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)                                                                            Page 1 of 1