

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
JUN 21 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Hadley, Andrea DEFENDANT(S). | CASE NUMBER SA13-264 M |
|---|---|
| | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of __def__, IT IS ORDERED that a detention hearing is set for __Tuesday, June 25__, __2013__, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __Robert N Block__, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __6/21/13__

ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge

---

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

CR-66 (10/97)  Page 1 of 1